IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN YORKEY,
    Plaintiff,

vs.                          5:05cv55/LAC/MD

MIKE DAVIS, et al.,
    Defendants.
_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 23, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 29th day of April, 2005.

                                  *s/L.A. Collier*
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**